IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CHOICE HOTELS INTERNATIONAL, INC.,**<br>a Delaware corporation,<br>1 Choice Hotels Circle, Suite 400<br>Rockville, MD  20850<br><br>    Plaintiff<br><br>    v.<br><br>**RAJESH C. PATEL**<br>2253 Grady Ridge Trl.<br>Duluth, GA 30097<br><br>    and<br><br>**M.C. PATEL**<br>2854 Cravey Dr. NE<br>Atlanta, GA 30345<br><br>    Defendants | Case No.: _____ |

## APPLICATION TO CONFIRM ARBITRATION AWARD

Plaintiff Choice Hotels International, Inc. ("Choice"), through undersigned counsel, hereby moves this Honorable Court for an order confirming the arbitration award entered in favor of Choice and against defendants Rajesh C. Patel and M.C. Patel ("Defendants"), jointly and severally. In support of that motion, Choice states as follows:

1.    Choice filed a claim against Defendants with American Arbitration Association ("AAA"), Case Number 01-15-0003-6598.

2.    The arbitration award, dated November, 9, 2015, is attached hereto as **Exhibit 1** (the "Award"). The Award disposed of all claims and awarded Choice the sum of $382,968.98 ($96,709.41 in outstanding franchise fees, $61,704.57 in interest thereon, $213,120.00 in lost profit damages, and $11,435.00 for administrative expenses and arbitrator compensation).

Attached as **Exhibit 2** is a copy of the section of the parties' franchise agreement that provides for arbitration.

WHEREFORE, in light of the foregoing and the attached, Choice Hotels International, Inc. respectfully requests that the Award attached hereto be confirmed, and that judgment be entered in favor of plaintiff Choice Hotels International, Inc. and against defendants Rajesh C. Patel and M.C. Patel, jointly and severally, in the amount of $382,968.98, post-judgment interest until paid, and for the costs of this action.

Respectfully submitted,

CHOICE HOTELS INTERNATIONAL, INC.

By: _____
Kristen K. Bugel, Esq.
1 Choice Hotels Circle, Suite 400
Rockville, MD  20850
(301) 592-5191
*Counsel for Choice Hotels International, Inc.*

## GROUNDS AND AUTHORITIES IN SUPPORT OF APPLICATION TO CONFIRM ARBITRATION AWARD

1. United States Arbitration Act, 9 U.S.C. Sections 9, 13;

2. The documents referenced herein and attached hereto.

_____
Kristen K. Bugel