**AMERICAN ARBITRATION ASSOCIATION**
**Commercial Arbitration Tribunal**

In the Matter of the Arbitration between

Case Number: 01-15-0003-6598

Choice Hotels International, Inc.
-vs-
Rajesh C. Patel
-vs-
M.C. Patel

### EX PARTE AWARD OF ARBITRATOR

I, THE UNDERSIGNED ARBITRATOR, having been designated in accordance with the arbitration agreement entered into between the above-named parties and dated June 12, 2012, and having been duly sworn, and having duly heard the proofs and allegations of the Claimant, and the Respondents having failed to appear after due notice by mail in accordance with the Rules of the American Arbitration Association, hereby AWARD as follows:

Pursuant to the Commercial Arbitration Rules of the American Arbitration Association (AAA) and as scheduled, an evidentiary hearing was held on 6 October 2015 before Arbitrator Jill A. T. Sorensen for the Case #01-15-0003-6598. Appearing at the hearing were Claimant's Legal Representative, Kristen Bugel, and witness for the Claimant, Mr. Gery Brown who testified on behalf of Claimant. Neither Respondents Rajesh C. Patel or M.C. Patel nor any representative of Respondents participated in the evidentiary hearing.

As a result of the evidence and testimony received at the evidentiary hearing, **award is for Claimant in the amount of $371,533.98** for outstanding franchise fees, interest and liquidated damages as stipulated by the Franchise Agreement and Addenda that are the subject of this arbitration, entered by and between Claimant and Respondent on 29 November 2004, updated on 29 June 2012, and terminated on 26 September 2012 by Claimant for non-payment by Respondents of franchise fees due. Claimant is also awarded its arbitration costs and arbitrator fees.

The administrative fees and expenses of the American Arbitration Association totaling $7,500.00 shall be borne jointly and severally by the Respondents, and the compensation and expenses of the arbitrator totaling $3,935.00 shall be borne jointly and severally by the Respondents. Therefore, the Respondents shall jointly and severally reimburse Claimant the sum of $11,435.00, representing that portion of said fees and expenses in excess of the apportioned costs previously incurred by Claimant, upon demonstration by Claimant that these incurred costs have been paid.

This Award is in full settlement of all claims submitted to this Arbitration. All claims not expressly granted herein are hereby denied.

I, Jill A Tarzian Sorensen, JD, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is my Award.

Hereby ordered this 9th day of November, 2015 by:

_Jill A. Sorensen_

_____
Jill A Tarzian Sorensen, JD, Arbitrator

EXHIBIT
1